IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2010 JUL 21  P 12: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **United States of America** | * |
| | * |
| v. | *   Case No.: 3:10cr14-WKW |
| | * |
| **Francisco Rodriguez** | * |

### MOTION TO CONTINUE SENTENCING

Comes now the Defendant in the above-styled matter and files this his MOTION TO CONTINUE SENTENCING and shows as follows:

1. This matter is set for sentencing on August 5, 2010.

2. The undersigned counsel was not appointed to represent the Defendant until July 16, 2010 and did not receive the file until July 19, 2010.

3. The undersigned counsel met with the Defendant on July 20, 2010 and he agrees with this request to continue the sentencing.

4. The U.S. Attorney's Office has no objection to continuing this matter.

5. The Probation Office has no objection to continuing this matter.

6. The undersigned needs additional time to become familiar with this case to effectively represent the Defendant.

WHEREFORE; the Defendant prays that his sentencing be continued

at least 30 days.

    Respectfully submitted this 21st day of July, 2010.

                                        */s/ Russell T. Duraski*
Russell T. Duraski   (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735
*email: duraskilaw@charter.net*

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Office of the United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 21st day of July, 2010.

Russell T. Duraski (DUR007)
Attorney for Defendant

Susan Redmond, Esq.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama   36101-0197