IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10cr14-WKW |
| | ) | |
| FRANCISCO RODRIGUEZ | ) | |

**ORDER**

For good cause, it is

ORDERED that the attached letter to the court shall be forwarded to defendant's counsel for action as appropriate. Defendant is advised that in the future he should communicate with his counsel, rather than the court. In addition, he is advised that he may ask the jail officials to permit him to call his attorney, and that he should provide those officials or the Marshal's service with the names of any known enemies.  It is further

ORDERED that the Clerk shall transmit a copy of this order to the United States Marshal.

Done, this 30th day of September, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

Hola señora Sarga Walker
Perdone que Le escriba otra bes
Mi nombre es. Francisco Rodriguez
Case: # 3:10-Cr-00014-WKW-SRW.
el Motibo en esta ocasion es Porque
Aqui en esta carcel llano Puedo esta
Por que Tengo Muchos enemigos y
Tengo Miedo que Me Pase algo Malo
Por Fabor Le suPlico deque Mande a
que Me mueban Para La carcel de
Prattville Por Fabor se Lo suPlico
Porque no Puedo usar el TeLefono
esToy incomunicado no Puedo llamar
A Mi abogado Por Fabor aga que Me
Mueban Lomas Proto Posible Para La
Carcer de. PrattVille
Por Fabor es Todo
Muchas gracias Por Todo

2010 SEP 29 P 4:17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
RECEIVED

Here's the Translation:

Susan Ross Walker:
Your Honor ,

Forgive me for writing again.
My name is Francisco Rodriguez, case # 3:cr14.

This time the reason is that I can no longer be here in this jail, because I have many enemies and fear that something bad may happen to me.
Please, I ask you to order me moved to the Prattville Jail. Please. I implore you. Because I can't use the telephone I am isolated; I can't call my attorney.
Please have me moved to the Prattville Jail as soon as possible.

That's all.

Many thanks for everything.