THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10-CR-14 -WKW-02 |
| | ) | |
| FRANCISCO RODRIGUEZ | ) | |

**MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5k1.1, and United States Code 18 § 3553(e), respectfully requests this Honorable Court to downwardly depart two (2) levels in the sentence that would otherwise be imposed on Defendant Francisco Rodriguez, and as reasons therefore, submits the following:

1.  The United States herein states that Francisco Rodriguez has provided substantial assistance in the prosecution of the co-defendants in this case.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range and statutorily set mandatory minimum. This motion seeks a departure of two (2) levels and requests that this Court grant said motion.

Respectfully submitted this the 5th day of October, 2010.

                                        LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/Susan R. Redmond
                                      SUSAN R. REDMOND
                                      Assistant United States Attorney
                                      301 Clayton Street
                                      Montgomery, AL 36104
                                      Phone: (334) 223-7280
                                      FAX: (334) 223-7280
                                      E-mail: susan.redmond@usdoj.gov

THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10-CR-14-WKW-02 |
| | ) | |
| FRANCISCO RODRIGUEZ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell Duraski, Esq.

              LEURA G. CANARY
              UNITED STATES ATTORNEY


              /s/Susan R. Redmond
              SUSAN R. REDMOND
              Assistant United States Attorney
              301 Clayton Street
              Montgomery, AL 36104
              Phone: (334) 223-7280
              FAX: (334) 223-7280
              E-mail: susan.redmond@usdoj.gov